ROBINSON W. CATOR, WILLIAM H. J. WALTERS, WIL-
LIAM H. PAGON, J. MCKENNEY WHITE, JAMES H.
CATOR, FRANKLIN P. CATOR AND GEORGE CATOR,
CO-PARTNERS DOING BUSINESS UNDER THE FIRM
NAME OF ARMSTRONG, CATOR & COMPANY, APPEL-
LANTS, VS. MAURICE EMANUEL, AND ADAMS J.
CORBETT AS ASSIGNEE OF MAURICE EMANUEL,
APPELLEES.

Appellate Practice—Failure to File Abstract of Record—Dismissal.

Where there is a total failure to file abstracts of the record, as re-
quired by rule 20 of this court, as adopted September 16, 1895,
the appeal will be dismissed.

Appeal from the Circuit Court for St. Johns
County.

The facts in the case are stated in the opinion of the
Court.

*W. W. Dewhurst*, for Appellants.

*A. W. Cockrell & Son*, for Appellee.

PER CURIAM:

This cause being now reached for final adjudication
in its regular order upon the docket, and it appearing to
the court that the appeal entered therein is returnable to
the January term, A. D. 1896, of this court, and the ap-
pellants and their counsel having failed to file any ab-
stracts of the record as required by rule No. 20 of this
court, adopted September 16th, 1895, the said appeal is
hereby dismissed at the cost of the appellants.